**STATE of Missouri, Respondent,**

v.

**Kevin Kyle THOMPSON, Appellant.**

No. WD 60596.

Missouri Court of Appeals, Western District.

Jan. 28, 2003.

Richard E. McFadin, Gallatin, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Sara L. Trower, Assistant Attorney General, Jefferson City, MO, for respondent.

Before THOMAS H. NEWTON, P.J., ROBERT G. ULRICH and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Mr. Kevin Kyle Thompson appeals from his conviction for driving while intoxicated.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).